BLOUNT, Respondent, v. SYRACUSE RAPID TRANSIT RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 15, 1904.) Action by Lewis P. Blount against the Syracuse Rapid Transit Railway Company.

PER CURIAM. That portion of the order appealed from reversed, with $10 costs and disbursements, and motion granted, with $10 costs to abide event, by requiring the plaintiff to state in his bill of particulars in what respects he claims the car was operated in a reckless, careless, and negligent manner, as alleged in the complaint.

---

BOARDMAN, Respondent, v. MOODY, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 5, 1904.) Action by Fred. Boardman, an infant, against Edward M. Moody.

PER CURIAM. Order denying defendant's motion for new trial reversed, with costs, and motion granted, with $10 costs to abide event. *Held*, that the verdict of the jury, that the defendant was guilty of negligence and the plaintiff free from contributory negligence, was contrary to the weight of the evidence.